IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY MARTILLUS LEE                                                                                          PLAINTIFF

v.                                              Case No. 4:23-cv-04087

CAPTAIN RAMI COX: JEFF
BLACK; and DR. DAVIS                                                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 58. Judge Comstock recommends that Defendant Davis' Motion to Dismiss (ECF No. 33) be denied because Plaintiff stated sufficient facts in his operative complaint to establish a denial or delay of medical care claim against Defendant Davis.

No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 58) *in toto*. Defendant Davis' Motion to Dismiss (ECF No. 33) is hereby **DENIED**.

**IT IS SO ORDERED**, this 10th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge