IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY MARTILLUS LEE                                                                                  PLAINTIFF

v.                                          Case No. 4:23-cv-04087

CAPTAIN RAMI COX;
JEFF BLACK; and DR. DAVIS                                                                            DEFENDANTS

**ORDER**

    Before the Court is the Report and Recommendation filed on September 30, 2025, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 118). Judge Comstock finds that Plaintiff's Eighth Amendment denial of medical care and adequate diet claims fail as a matter of law. Judge Comstock also finds that Defendant Cox is entitled to qualified immunity as to Plaintiff's denial of medical care claim. Thus, Judge Comstock recommends that the Court grant Defendants' motions for summary judgment (ECF Nos. 98, 102) and dismiss this case with prejudice.

    Plaintiff has not responded to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 118) *in toto*. Accordingly, the Court finds that Defendants' motions for summary judgment (ECF Nos. 98, 102) should be and hereby are **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 7th day of January, 2026.

                                                                       /s/ Susan O. Hickey
                                                                       Susan O. Hickey
                                                                       United States District Judge